JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLONIA PAM DOMINGO-MARCOS, ELYDA JUDITH GONZALEZ-DOMINGO, YONATAN JACOBO DOMINGO-MARCOS, | ) ) ) ) Case No.: CV 18-03451 AB (KS) |
| Petitioners, | ) [PROPOSED] ) **JUDGMENT** |
| v. | ) ) |
| MATTHEW G. WHITAKER, Acting United States Attorney General, | ) ) ) |
| Respondent. | ) ) |

1

On April 24, 2018, the United States Court of Appeals for the Ninth Circuit transferred the case of <u>Apolonia Pam Domingo-Marcos, et al. v. Jefferson B. Sessions III</u>, No. 17-71611, to the United States District Court for the Central District of California for a de novo review of Petitioners' citizenship claims pursuant to 8 U.S.C. § 1252(b)(5)(B).  Having reviewed the claim, and upon Respondent's Motion for Summary Judgment, the Court now enters the following:

## ORDERS

**IT IS HEREBY ORDERED** that Respondent's Motion for Summary Judgment is **GRANTED** in its entirety, and judgment is hereby entered in favor of Respondent.

**IT IS FURTHER ORDERED** that this matter is **RETURNED** to the United States Court of Appeals for the Ninth Circuit for further proceedings.

Dated: February 26, 2019

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE